IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ALAN BUCHANAN,<br><br>Defendant. | CR 14-56-GF-BMM<br><br>ORDER |

Jeffrey Alan Buchanan filed a motion for early termination of supervised release. Doc. 89. The United States Attorney does not oppose Buchanan being discharged from supervision once Buchanan has completed 75 percent of his supervision. Doc. 92. The Court conducted a hearing on the motion on November 23, 2020. *Id*. The Court determined that it would grant Buchanan's motion for early termination if Buchanan complied with the terms of his supervision through February 22, 2021. *Id*. For the reasons below, the Court grants Buchanan's motion.

The Court sentenced Buchanan to the Bureau of Prisons on January 12, 2015, for a term of 60 months. Doc. 63. The Court required Buchanan to complete 4 years of supervised release. Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in

1

18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Buchanan's supervised release. There is no indication in the record that Buchanan has had any violations or problems with his supervision since his motion for termination in November 2020. Buchanan has maintained employment through the duration of his supervision. The Court received several letters of support from advocates of Buchanan's early termination. One letter indicates that Buchanan continues to participate and contribute to recovery programs while living in Texas. These successes, in conjunction with Buchanan's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Defendant Buchanan's Motion for Early Termination of Supervised Release (Doc. 89) is **GRANTED**.

2. Defendant Buchanan is **DISCHARGED** from supervised release.

DATED this 23rd day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court